UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR-09-090-LRS |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | ☑ MOTION GRANTED |
| ROBERT A. CAUDEL, | ) | **(Ct. Rec. 44)** |
| | ) | |
| Defendant. | ) | |

At the November 3, 2009, status hearing, Defendant appeared with Assistant U.S. Attorney Kailey Moran. Assistant U.S. Attorney Matt Duggan represented the United States.

Defendant's unopposed Motion **(Ct. Rec. 44)** to modify is **GRANTED.** The condition of electronic monitoring is removed and Defendant shall have a curfew of 9:00 p.m. to 7:00 a.m.

**IT IS SO ORDERED.**

DATED November 3, 2009.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 1