PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.  Robert A. Caudel  Docket No.  2:09CR00090-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Shawn Kennicutt, pretrial services officer, presenting an official report upon the conduct of defendant Robert A. Caudel who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 25th day of August 2010 under the following conditions:

**Special Condition #26:** Outpatient Treatment: Defendant shall participate in intensive outpatient treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Robert A. Caudel is considered in violation of his conditions of pretrial release by failing to attend scheduled treatment group sessions on January 6, January 13, February 10 and February 18, 2010.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/22/2010

by  s/Shawn Kennicutt

Shawn Kennicutt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

02-22-2010
Date