PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Robert A. Caudel        Docket No.        2:09CR00090-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Shawn Kennicutt, pretrial services officer, presenting an official report upon the conduct of defendant Robert A. Caudel who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 25th day of August 2010, under the following conditions:

**Special Condition #21:** Refrain from the use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Robert A. Caudel is considered in violation of his conditions of pretrial release by using a controlled substance, specifically amphetamine/methamphetamine, on or before February 23, 2010.

**Violation #2:** Robert A. Caudel is considered in violation of his conditions of pretrial release by using controlled substances, specifically amphetamine/methamphetamine, and an opiate based substance, on or before February 25, 2010.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   2/26/2010

by   s/Shawn Kennicutt

Shawn Kennicutt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

02-26-2010
Date